Name/Address of Attorney or Pro Per
Raj Patel
6850 East 21st Street
Indianapolis, IN 46219
Telephone (317) 450-6651

☐ FPD   ☐ Apptd   ☐ CJA   ☒ Pro Per

FILED
CLERK, U.S. DISTRICT COURT
12/11/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS                DEPUTY

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TE TE Raj K. Patel

PLAINTIFF(S),

v.

The United States

DEFENDANT(S).

CASE NUMBER:
2:23-cv-09210-MCS-AJR

**Motion and Affidavit for Leave to Appeal In Forma Pauperis:**   ☒ **28 U.S.C. 753(f)**
   ☒ **28 U.S.C. 1915**

The undersigned Raj K. Patel, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a. Whether the P or I Clause of the US Constitution provides a remedy of mandamus to national naturl-born citizen-Plaintiff?

   b. Whether the US Constitution requires a reasonable remedy of mandamus in aid of Patel's Ordered Liberty.

   c. Agents of the US have violated Patel's Due Process from treaties like N. Atlantic Treaty & P or I Clause & 14th into 5th?

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed?  ☐ Yes   ☒ No.  If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?   ☐ Yes   ☒ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

c. Are you presently employed in prison? ☐ Yes ☒ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☒ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit.

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? n/a

f. In what year did you last file an income tax return? 2022

g. Approximately how much income did your last tax return reflect? 800

h. List the persons who are dependent upon you for support and state your relationship to those persons.
n/a

i. State monthly expenses, itemizing the major items. I have over $40,000 in debt; $1500 in food; $100 in clothes; $120 for cell phone bill; $800 in credit card collections; IFP recently granted in ND Cal and SDNY

I declare under penalty of perjury that the foregoing is true and correct.

_____
*Signature of Party*

12/11/2023
*Date*

_____
*Signature of Attorney*
*(Disregard if filed in propria persona)*